| | |
|---|---|
| G. SCOTT EMBLIDGE (SBN 121613)<br>MATTHEW K. YAN (SBN 257918)<br>MOSCONE EMBLIDGE SATER & OTIS LLP<br>220 Montgomery St., Suite 2100<br>San Francisco, CA 94104<br>Telephone:  (415) 362-3599<br>Facsimile:  (415) 362-2006<br><br>Attorneys for Plaintiffs California Business Services Center, LLC d.b.a. Justice PCS, Liberty PCS, LLC, and Urban PCS, LLC | CAROLINE L. FOWLER (SBN 110313)<br>JOHN J. FRITSCH (SBN 172182)<br>CITY OF SANTA ROSA<br>100 Santa Rosa Avenue, Rm. 8<br>Santa Rosa, California 95402<br>Telephone:  (707) 543-3040<br>Facsimile:  (707) 543-3055<br><br>Attorneys for Defendant<br>City of Santa Rosa |
| GREGG A. THORNTON (SBN 146282)<br>DANIELLE K. LEWIS (SBN 218274)<br>SELMAN BREITMAN LLP<br>33 New Montgomery, Sixth Floor<br>San Francisco, CA  94105<br>Telephone:  (415) 979-0400<br>Facsimile:  (415) 979-2099<br><br>Attorneys for Defendants<br>City of Gilroy and Scott Barron | THOMAS N. GRIFFIN (SBN 71049)<br>REED W. GALLOGLY (SBN 273573)<br>GRUNSKY, EBEY, FARRAR & HOWELL<br>240 Westgate Drive<br>Watsonville, CA  95076<br>Telephone:  (831) 722-2444<br>Facsimile:  (831) 722-6153<br><br>Attorneys for Defendant<br>City of Watsonville |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA BUSINESS SERVICES CENTER, LLC dba JUSTICE PCS,<br><br>   Plaintiff,<br><br>   vs.<br><br>CITY OF SANTA ROSA, et al.<br><br>   Defendants.<br><br>AND RELATED ACTIONS | Case Nos.: CV 13-3820 SI; CV 13-3997 SI; CV 13-4423 SI<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

Plaintiffs California Business Services Center, LLC d.b.a. Justice PCS; Liberty LCS, LLC; and Urban PCS, LLC (together "Plaintiffs"), and Defendants City of Santa Rosa, City of Gilroy, Scott Barron, and City of Watsonville (together "Defendants") (collectively "Parties") submit this stipulation to continue the Case Management Conference presently set for July 11, 2014, at 3:00 p.m., in Department 10 of this Court.  The Parties request that the Conference be rescheduled for August 15, 2014, or any subsequent date that is convenient to the Court.

Plaintiff agrees to voluntarily dismiss these related actions and all causes of action against all defendants with prejudice on August 1, 2014, unless Plaintiff establishes that all of the following events have occurred on or before that date:

a. The California Supreme Court grants the petition for review in the presently pending appeal of *People v. Grewal*, Superior Court of California, County of Kern Case Nos. F065450/F065451/F0654689;

b. A jury reaches a verdict of not guilty in the matter of *People v. Byrne, et al.*, Superior Court of California, County of Santa Clara Case No. F1449688;

c. The California Legislature or the Governor declines to pass A.B. 1439 (Unfair business practices:  contests and sweepstakes).

A brief continuance is appropriate to conserve judicial resources and prevent an unnecessary expenditure of time on a matter that may soon be dismissed.

THEREFORE, the Parties hereby stipulate to continue the Case Management Conference presently set for July 11, 2014, at 3:00 p.m., in Department 10 of this Court, to August 15, 2014, or any subsequent date that is convenient to the Court.

IT IS SO STIPULATED.

Dated:  June 24, 2014

MOSCONE EMBLIDGE SATER & OTIS LLP

_____
Matthew K. Yan
Attorney for PlaintiffsCALIFORNIA
BUSINESS SERVICES CENTER. LLC dba
JUSTICE PCS; and LIBERTY PCS, LLC

Dated:  June 23, 2014							SELMAN BREITMAN LLP

								*/s/ signature authorized*
								Danielle K. Lewis
								Attorney for Defendants
								CITY OF GILROY and SCOTT BARRON

Dated:  June 23, 2014							OFFICE OF THE CITY ATTORNEY

								*/s/ signature authorized*
								John J. Fritsch
								Assistant City Attorney
								Attorney for Defendant
								CITY OF SANTA ROSA

Dated:  June 23, 2014							GRUNSKY, EBEY, FARRAR & HOWELL

								*/s/ signature authorized*
								Reed W. Gallogly
								Attorney for Defendant
								CITY OF WATSONVILLE

## ORDER

The Parties having stipulated and agreed as described above, and the Court having found good cause therefor,

IT IS HEREBY ORDERED that the Case Management Conference presently set for July 11, 2014, at 3:00 p.m., in Department 10 of this Court, be continued to August 15, 2014 at 3:00 p.m. in Department 10 of this Court.

Dated: 6/24/14

_____
Honorable Susan Illston
United States District Judge

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE        3        Case Nos.: CV 13-3820 SI; CV 13-3997 SI; CV 13-4423 SI