G. SCOTT EMBLIDGE (SBN 121613)
MATTHEW K. YAN (SBN 257918)
MOSCONE EMBLIDGE SATER & OTIS LLP
220 Montgomery St., Suite 2100
San Francisco, CA 94104
Telephone:   (415) 362-3599
Facsimile:    (415) 362-2006

Attorneys for Plaintiffs California Business Services Center, LLC d.b.a. Justice PCS, Liberty PCS, LLC, and Urban PCS, LLC

CAROLINE L. FOWLER (SBN 110313)
JOHN J. FRITSCH (SBN 172182)
CITY OF SANTA ROSA
100 Santa Rosa Avenue, Rm. 8
Santa Rosa, California 95402
Telephone:   (707) 543-3040
Facsimile:    (707) 543-3055

Attorneys for Defendant
City of Santa Rosa

GREGG A. THORNTON (SBN 146282)
DANIELLE K. LEWIS (SBN 218274)
SELMAN BREITMAN LLP
33 New Montgomery, Sixth Floor
San Francisco, CA  94105
Telephone:   (415) 979-0400
Facsimile:    (415) 979-2099

Attorneys for Defendants
City of Gilroy and Scott Barron

THOMAS N. GRIFFIN (SBN 71049)
MATTHEW J. AULENTA (SBN 245812)
GRUNSKY, EBEY, FARRAR & HOWELL
240 Westgate Drive
Watsonville, CA  95076
Telephone:   (831) 722-2444
Facsimile:    (831) 722-6153

Attorneys for Defendant
City of Watsonville

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA BUSINESS SERVICES CENTER, LLC dba JUSTICE PCS,<br><br>      Plaintiff,<br><br>   vs.<br><br>CITY OF SANTA ROSA, et al.<br><br>      Defendants.<br><br>AND RELATED ACTIONS | Case Nos.: CV 13-3820 SI; CV 13-3997 SI; CV 13-4423 SI<br><br>**STIPULATION AND [PROPOSED] ORDER TO FURTHER CONTINUE CASE MANAGEMENT CONFERENCE** |

Plaintiffs California Business Services Center, LLC d.b.a. Justice PCS; Liberty LCS, LLC; and Urban PCS, LLC (together "Plaintiffs"), and Defendants City of Santa Rosa, City of Gilroy, Scott Barron, and City of Watsonville (together "Defendants") (collectively "Parties") submit this stipulation to further continue the Case Management Conference originally set for July 11, 2014, and presently set for August 22, 2014, at 2:30 p.m., in Department 10 of this Court.  The Parties request that the Conference be rescheduled for October 15, 2014, or any subsequent date that is convenient to the Court.

A further continuance is necessary as two of the three triggering events described in the Parties' previous stipulation of June 24, 2014, have been continued or remain unresolved. Specifically, the trial in the matter of *People v. Byrne, et al.*, Superior Court of California, County of Santa Clara Case No. F1449688, has been continued, and A.B. 1439 remains pending before the California Legislature.  A further continuance of the Conference would conserve judicial resources and prevent an unnecessary expenditure of time on a matter that may soon be dismissed.

Plaintiff stipulates that it will dismiss these related actions and all causes of action on October 1, 2014, <u>without prejudice</u> unless both of the following events occur:

a. A jury reaches a verdict of not guilty in the matter of *People v. Byrne, et al.*, Superior Court of California, County of Santa Clara Case No. F1449688; and

b. The California Legislature or the Governor declines to pass A.B. 1439 (Unfair business practices:  contests and sweepstakes).

///

1  THEREFORE, the Parties hereby stipulate to continue the Case Management Conference
2  presently set for August 22, 2014, at 2:30 p.m., in Department 10 of this Court, to October 15,
3  2014, or any subsequent date that is convenient to the Court.
4  IT IS SO STIPULATED.

Dated: August 1, 2014                MOSCONE EMBLIDGE SATER & OTIS LLP

                                     __/s/_____
                                     Matthew K. Yan
                                     Attorney for Plaintiffs CALIFORNIA
                                     BUSINESS SERVICES CENTER. LLC dba
                                     JUSTICE PCS; and LIBERTY PCS, LLC

Dated:  July 31, 2014                SELMAN BREITMAN LLP

                                     __/s/ signature authorized_____
                                     Danielle K. Lewis
                                     Attorney for Defendants
                                     CITY OF GILROY and SCOTT BARRON

Dated:  July 31, 2014                OFFICE OF THE CITY ATTORNEY

                                     __/s/ signature authorized_____
                                     John J. Fritsch
                                     Assistant City Attorney
                                     Attorney for Defendant
                                     CITY OF SANTA ROSA

Dated:  July 31, 2014                GRUNSKY, EBEY, FARRAR & HOWELL

                                     __/s/ signature authorized_____
                                     Matthew Aulenta
                                     Attorney for Defendant
                                     CITY OF WATSONVILLE

## ORDER

The Parties having stipulated and agreed as described above, and the Court having found good cause therefor,

1    IT IS HEREBY ORDERED that the Case Management Conference presently set for
2 August 22, 2014, at 2:30 p.m., in Department 10 of this Court, be continued to
3 __10/17/14__ at __3:00 p.m.__ in Department 10 of this Court.
4
5 Dated: __8/4/14__

_____
Honorable Susan Illston
United States District Judge

G. SCOTT EMBLIDGE, State Bar No. 121613
MATTHEW K. YAN, State Bar No. 257918
MOSCONE EMBLIDGE SATER & OTIS LLP
220 Montgomery Street, Suite 2100
San Francisco, CA 94104
Telephone:     (415) 362-3599
Facsimile:      (415) 362-2006
emblidge@mosconelaw.com
yan@mosconelaw.com

Attorneys for Plaintiffs
CALIFORNIA BUSINESS SERVICES
CENTER, LLC d.b.a. JUSTICE PCS,
LIBERTY PCS, LLC, and URBAN PCS, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA BUSINESS SERVICES CENTER, LLC d.b.a. JUSTICE PCS,<br><br>  Plaintiff,<br><br>  vs.<br><br>CITY OF SANTA ROSA, et al.,<br><br>  Defendants.<br><hr>AND RELATED ACTIONS. | Case No. CV 13-3820 SI; CV 13-3997 SI; CV 13-4423 SI<br><br>**CERTIFICATE OF SERVICE (OF STIPULATION AND [PROPOSED] ORDER TO FURTHER CONTINUE CASE MANAGEMENT CONFERENCE** |

**CERTIFICATE OF SERVICE**

Case No. CV 13-3820 SI; CV 13-3997 SI: CV 13-4423 SI

I, Anna L. Hill, certify as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the within entitled action. On August 1, 2014, I served the attached:

- **STIPULATION AND [PROPOSED] ORDER TO FURTHER CONTINUE CASE MANAGEMENT CONFERENCE**

on the interested party(ies) named below:

| | |
|---|---|
| Gregg A. Thornton<br>Danielle K. Lewis<br>SELMAN BREITMAN LLP<br>33 New Montgomery, Sixth Floor<br>San Francisco, CA 94105<br>Telephone: (415) 979-0400<br>Facsimile: (415) 979-2099<br><br>Attorneys for Defendants<br>CITY OF GILROY and SCOTT BARRON | Caroline L. Fowler<br>John J. Fritsch<br>City of Santa Rosa<br>100 Santa Rosa Avenue, Rm. 8<br>Santa Rosa, CA 95402<br>Telephone: (707) 543-3040<br>Facsimile: (707) 543-3055<br><br>Attorneys for Defendant CITY OF SANTA ROSA |

Thomas N. Griffin
Matthew J. Aulenta
Grunsky, Ebey, Farrar & Howell
240 Westgate Drive
Watsonville, CA 95076
Telephone: (831) 722-2444
Facsimile: (831) 722-6153

Attorneys for Defendant CITY OF WATSONVILLE

I served the attached document(s) in the manner indicated below:

☐ **BY MAIL:** I caused true and correct copy(ies) of the above documents to be placed and sealed in envelope(s) addressed to the addressee(s) named above and, following ordinary business practices, placed said envelope(s) at the Law Offices of Moscone Emblidge Sater & Otis LLP, 220 Montgomery, Ste. 2100, San Francisco, California, 94104, for collection and mailing with the United States Postal Service and there is delivery by the United States Post Office at said address(es). In the ordinary course of business, correspondence placed for collection on a particular day is deposited with the United States Postal Service that same day.

☐ **BY PERSONAL SERVICE**: I caused true and correct copies of the above documents to be placed and sealed in envelope(s) addressed to the addressee(s) and I caused such envelope(s) to be delivered by hand on the office(s) of the addressee(s).

☐ **BY FACSIMILE**: I caused a copy(ies) of such document(s) to be transmitted via facsimile machine. The fax number of the machine from which the document was transmitted was (415) 362-2006. The fax number(s) of the machine(s) to which the

document(s) were transmitted are listed above.  The fax transmission was reported as complete and without error.

☐ **BY FEDERAL EXPRESS OVERNIGHT**: I caused true and correct copies of the above documents to be placed and sealed in envelope(s) addressed to the addressee(s) named above and, following ordinary business practices, placed said envelope(s) at the Law Offices of Moscone Emblidge Sater & Otis LLP, 220 Montgomery Street, Ste. 2100, San Francisco, California, 94104, for collection and mailing with Federal Express.  I am informed that there is delivery service by Federal Express at the address(es) of the addressee(s) named above.  In the ordinary course of business, correspondence placed for collection on a particular day is deposited with Federal Express that same day.

☒ **BY ELECTRONIC MAIL:** I certify that I electronically filed the foregoing document with the United States District Court, Northern District of California by using the CM/ECF system. I certify that the above-listed parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system.

☐ **BY CERTIFIED MAIL**:  I caused true and correct copy(ies) of the above documents to be placed and sealed in envelope(s), certified mail, return receipt requested, addressed to the addressee(s) named above and, following ordinary business practices, placed said envelope(s) at the Law Offices of Moscone Emblidge Sater & Otis LLP, 220 Montgomery, Ste. 2100, San Francisco, California, 94104, for collection and mailing with the United States Postal Service and there is delivery by the United States Post Office at said address(es).  In the ordinary course of business, correspondence placed for collection on a particular day is deposited with the United States Postal Service that same day.

I certify/declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed August 1, 2014, at San Francisco, California.

*/s/ Anna L. Hill*

Anna L. Hill