1    G. SCOTT EMBLIDGE, State Bar No. 121613
     MATTHEW K. YAN, State Bar No. 257918
2    MOSCONE EMBLIDGE SATER & OTIS LLP
     220 Montgomery St., Suite 2100
3    San Francisco, CA 94104
     Telephone:    (415) 362-3599
4    Facsimile:    (415) 362-2006
     Email:      emblidge@mosconelaw.com
5                yan@mosconelaw.com

6    Attorneys for Plaintiffs California Business
     Services Center, LLC d.b.a. Justice PCS,
7    Liberty PCS, LLC, and Urban PCS, LLC

8

9                   UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11

12    CALIFORNIA BUSINESS SERVICES
     CENTER, LLC dba JUSTICE PCS,

13             Plaintiff,

14       vs.

15    CITY OF SANTA ROSA, et al.

16           Defendants.

17

18

19    AND RELATED ACTIONS

Case Nos.: CV 13-3820 SI; CV 13-3997 SI;
CV 13-4423 SI

**NOTICE OF VOLUNTARY DISMISSAL**

IT IS SO ORDERED

*Susan Illston*

Judge Susan Illston

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a), Plaintiffs California Business Services Center, LLC d.b.a. Justice PCS, Liberty PCS, LLC, and Urban PCS, LLC (together "Plaintiffs") hereby voluntarily dismiss the following related cases without prejudice:

- *California Business Services Center, LLC d.b.a. Justice PCS v. City of Santa Rosa*, Case No. CV 13-3820 SI
- *Liberty PCS, LLC v. City of Gilroy*, Case No. CV 13-3997 SI
- *Urban PCS, LLC v. City of Watsonville*, Case No. CV 13-4423 SI

Dated:  October 8, 2014                    Respectfully submitted,

MOSCONE EMBLIDGE SATER & OTIS LLP


By:     /s/ Matthew K. Yan
              Matthew K. Yan

Attorneys for Plaintiffs California
Business Services Center, LLC d.b.a.
Justice PCS, Liberty PCS, LLC, and
Urban PCS, LLC